UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 14-4140 MMM (MRW) | Date | October 1, 2014 |
| Title | Briones  v. Beard | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**       (IN CHAMBERS) ORDER RE: RESPONSE TO DISMISSAL MOTION

    In August 2014, the Attorney General previously moved to dismiss this habeas action on several procedural grounds. (Docket # 7.) The Court issued an order requiring Petitioner to respond to the motion by September 9. (Docket # 9.) To date, Petitioner has not filed any response to the motion or the Court's order.

    Petitioner is ordered to show cause why the motion should not be granted for the grounds stated by the Attorney General and for Petitioner's failure to oppose the motion pursuant to Local Rule 7-12. Petitioner's response to the OSC <u>and</u> his substantive response to the motion are due by or before October 30.

    **Petitioner is advised that the failure to respond to this order will lead the Court to conclude that the motion is unopposed, and the action will be dismissed on that basis and under Federal Rule of Civil Procedure 41 for failure to prosecute the action.**