JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDRY R. BRIONES,<br><br>      Petitioner,<br><br>      v.<br><br>JEFFREY BEARD,<br><br>      Respondent. | Case No. CV 14-4140 MMM (MRW)<br><br>JUDGMENT |

IT IS ADJUDGED that the Attorney General's motion to dismiss this action is granted and this action is dismissed without prejudice.

DATE: January 15, 2015

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE